NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Devin A. McRae (SBN 223239)
Peter D. Scott (SBN 247786)
EARLY SULLIVAN WRIGHT GIZER & McRAE LLP
6420 Wilshire Blvd., 17th Floor
Los Angeles, CA 90048
Tel: (323) 301-4660
dmcrae@earlysullivan.com
pscott@earlysullivan.com

ATTORNEY(S) FOR: Plaintiffs David Rath and Kara Welker

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RATHER and KARA WELKER<br><br>Plaintiff(s),<br><br>v.<br><br>DEFY MEDIA, LLC; MATTHEW DIAMOND; KEITH RICHMAN, and DOES 1 through 20, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:18-cv-09624<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiffs David Rath and Kara Welker_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| David Rath | Plaintiff |
| Kara Welker | Plaintiff |
| Defy Media, LLC | Defendant |
| Matthew Diamond | Defendant |
| Keith Richman | Defendant |
| ZelnickMedia Corp. | Equity stake holder in Defendant Defy Media, LLC |

November 14, 2018          /s/ - Devin A. McRae
Date                                   Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs David Rath and Kara Welker

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES